# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| DS SERVICES OF AMERICA, INC., <br> DBA PRIMO WATER NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br> OFFICE OF THE UNITED STATES <br> TRADE REPRESENTATIVE; <br> KATHERINE TAI, U.S. TRADE REPRESENTATIVE; <br> U.S. CUSTOMS & BORDER PROTECTION; <br> CHRIS MAGNUS, U.S. CUSTOMS & BORDER <br> PROTECTION COMMISSIONER, <br><br> Defendants. | Court No. 22-157 <br><br> Public Version <br> Business <br> Proprietary <br> Information Removed <br> from Proposed Order |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Rules 7 and 65 of the Rules of this Court, defendants, the United States, *et al.*, respectfully submit this response to plaintiff DS Services of America, Inc. d/b/a Primo Water North America, Inc.'s (Primo Water) motion for a preliminary injunction, dated May 25, 2022, ECF No. 5 (Pl. Mot.). We also respectfully request that the Court enter the attached order enjoining U.S. Customs and Border Protection (CBP) from liquidating any unliquidated entries of water coolers classified under Harmonized Tariff Schedule of the United States (HTSUS) subheading 8418.69.01.20, that are subject to duties pursuant to Section 301 of the Trade Act of 1974 (19 U.S.C. §§ 2411-2420)

(Section 301), filed by Primo Water on or after October 12, 2021, through December 31, 2022.

Primo Water is an importer of water coolers that are subject to Section 301 duty deposits under subheading 9903.88.01, HTSUS.  *Notice of Action and Request for Public Comment Concerning Proposed Determination of Action Pursuant to Section 301: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation*, 83 Fed. Reg. 28,710 (USTR June 20, 2018).  On May 25, 2022, plaintiff filed a complaint (ECF No. 2) challenging the Government's decision not to reinstate a previously granted, but since expired, exclusion from the tariffs.  *Notice of Reinstatement of Certain Exclusions: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation*, 87 Fed. Reg. 17,380 (USTR Mar. 28, 2022).

We have reconsidered our initial position stating an intent to file an opposition to Primo Water's motion for a preliminary injunction.  Thus, without conceding that any of the four factors for injunctive relief have been met, including as to any likelihood of success on the merits, we consent to the relief in the form of suspension of liquidation of entries, as set forth in the agreed-upon proposed order.

Pursuant to Rule 7(b) of the Rules of the Court of International Trade, undersigned counsel for the defendants has consulted with David Bond, counsel for Primo Water, and he consented to the proposed order attached to this response on behalf of his client.  Accordingly, we respectfully request that the Court enter the attached order.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
|  | /s/ Patricia M. McCarthy<br>PATRICIA M. MCCARTHY<br>Director |
|  | /s/ L. Misha Preheim<br>L. MISHA PREHEIM<br>Assistant Director |
|  | /s/ Justin R. Miller<br>JUSTIN R. MILLER<br>Attorney-In-Charge,<br>International Trade Field Office |
| OF COUNSEL:<br><br>MEGAN GRIMBALL<br>Associate General Counsel<br>PHILIP BUTLER<br>Associate General Counsel<br>EDWARD MARCUS<br>Assistant General Counsel<br>Office of General Counsel<br>Office of the U.S. Trade Representative<br>600 17th Street N.W.<br>Washington, D.C. 20508<br><br>PAULA SMITH<br>Assistant Chief Counsel<br>EDWARD MAURER<br>Deputy Assistant Chief Counsel<br>VALERIE SORENSEN-CLARK<br>Attorney<br>Office of the Assistant Chief Counsel<br>International Trade Litigation<br>U.S. Customs and Border Protection<br>26 Federal Plaza, Room 258<br>New York, NY 10278<br><br>June 10, 2022 | /s/ Elizabeth Speck<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 307-0369<br><br>SOSUN BAE<br>Senior Trial Counsel<br>ANN C. MOTTO<br>JAMIE L. SHOOKMAN<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br><br><br>*Attorneys for Defendants* |

# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| DS SERVICES OF AMERICA, INC., <br> DBA PRIMO WATER NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br> OFFICE OF THE UNITED STATES <br> TRADE REPRESENTATIVE; <br> KATHERINE TAI, U.S. TRADE REPRESENTATIVE; <br> U.S. CUSTOMS & BORDER PROTECTION; <br> CHRIS MAGNUS, U.S. CUSTOMS & BORDER <br> PROTECTION COMMISSIONER, <br><br> Defendants. | Court No. 22-157 |

## ORDER

Upon consideration of the consent motion by plaintiff DS Services of America, Inc. d/b/a Primo Water North America, Inc. (Primo Water) for an injunction order suspending liquidation of plaintiff Primo Water's entries of water coolers entered under Harmonized Tariff Schedule of the United States (HTSUS) subheading 8418.69.01.20 that are subject to tariffs imposed under Section 301 of the Trade Act of 1974 (19 U.S.C. §§ 2411-2420) (Section 301) on imports from the People's Republic of China for unliquidated entries filed on or after October 12, 2021, through December 31, 2022, it is hereby ORDERED

That, by consent of the parties, the following order is ENTERED:

ORDERED that United States Customs and Border Protection (CBP) is enjoined from liquidating any unliquidated entries of articles entered under subheading 8418.69.01.20, HTSUS, that are subject to Section 301 duties under subheading 9903.88.01, HTSUS, filed by Primo Water (Importer No. [■■■■■■■■]) on or after October 12, 2021, through December 31, 2022.

It is further ORDERED that this order is effective immediately and continues in effect until a final court decision is entered in this action, including all appeals and remand proceedings, unless otherwise modified or dissolved by the Court; and it is further

ORDERED that any entries inadvertently liquidated after this order is signed, but before this injunction is fully implemented by CBP, shall be promptly returned to unliquidated status and suspended in accordance with this injunction.

SO ORDERED.

                                                                                                   _____
                                                                                                                           CHIEF JUDGE

Dated: _____
New York, New York