## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| DS SERVICES OF AMERICA, INC., <br> DBA PRIMO WATER NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br> OFFICE OF THE UNITED STATES <br> TRADE REPRESENTATIVE; <br> KATHERINE TAI, U.S. TRADE REPRESENTATIVE; <br> U.S. CUSTOMS & BORDER PROTECTION; <br> CHRIS MAGNUS, U.S. CUSTOMS & BORDER <br> PROTECTION COMMISSIONER, <br><br> Defendants. | Court No. 22-157 |

## **ORDER**

Upon consideration of defendants' unopposed motion for voluntary remand for reconsideration of the decision at issue in this case, it is hereby

ORDERED that defendants' motion is granted, and that this matter is remanded to the Office of the United States Trade Representative (USTR) for reconsideration of the final decision not to reinstate the exclusion at issue in this case; and it is further

ORDERED that the USTR shall have 90 days from the date of this order to file remand results with the Court; and it is further

ORDERED the parties shall file a joint status report stating how the parties believe this matter should proceed, and, if necessary, a proposed scheduling order (including for filing the administrative record), no later than 14 days after USTR files the remand results.

/S/      Mark A. Barnett
CHIEF JUDGE

Dated: September 1, 2022
New York, NY