# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | | |
|---|---|---|
| DS SERVICES OF AMERICA, INC., DBA PRIMO WATER NORTH AMERICA, INC.,<br><br>    Plaintiff,<br><br>            v.<br><br>UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; KATHERINE TAI, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; CHRIS MAGNUS, U.S. CUSTOMS & BORDER PROTECTION COMMISSIONER,<br><br>    Defendants. | | Court No. 22-00157 |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade the parties stipulate to the dismissal, with prejudice, of this action, with each party to bear its own costs, attorney fees, and expenses.

Date: May 19, 2023

                                                    Respectfully submitted,

                                                    /s/ David E. Bond

                                                    David E. Bond
                                                    J. Frank Hogue
                                                    Cristina M. Cornejo

**White & Case LLP**
701 Thirteenth Street, N.W.
Washington, D.C. 20005
202-626-3600

*Counsel for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

L. MISHA PREHEIM
Assistant Director

JUSTIN R. MILLER
Attorney-in-Charge,
International Trade Field Office


/s/ Elizabeth A. Speck
Elizabeth A. Speck
Senior Trial Counsel
Department of Justice, Civil Division
Commercial Litigation Branch
P.O Box 480
Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 307-0369

Sosun Bae
Senior Trial Counsel
Department of Justice, Civil Division
Commercial Litigation Branch
P.O Box 480
Ben Franklin Station
Washington, D.C. 20044

Phillip Butler
Associate General Counsel

Megan Grimball
Associate General Counsel

Rachel Hasandras
Assistant General Counsel
Office of General Counsel
Office of the U.S. Trade Representative
600 17th Street N.W.
Washington, D.C. 20508

Paula Smith
Assistant Chief Counsel

Edward Maurer
Deputy Assistant Chief Counsel

Valerie Sorensen-Clark
Attorney
Office of the Assistant Chief Counsel
International Trade Litigation
U.S. Customs and Border Protection
26 Federal Plaza, Room 258
New York, NY 10278

*Counsel for Defendants*

# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| DS SERVICES OF AMERICA, INC., DBA PRIMO WATER NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; KATHERINE TAI, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; CHRIS MAGNUS, U.S. CUSTOMS & BORDER PROTECTION COMMISSIONER, <br><br> Defendants. | Court No. 22-00157 |

## ORDER OF DISMISSAL

This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed with prejudice and the preliminary injunction order dated June 24, 2022, is dissolved.

Dated: May 19, 2023
       New York, NY,

                                        Clerk, U.S. Court of International Trade

                                        /s/         Geoffrey Goell
                                                     Deputy Clerk